**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

| | |
|---|---|
| **Docket Number(s):** 17-808-cv | Caption [use short title] |
| **Motion for:** Leave to File Brief As Amicus Curiae In Support of Appellee and Affirmance of the District Court | GREAT MINDS, Plaintiff-Appellant, v. FEDEX OFFICE AND PRINT SERVICES, INC., Defendant-Appellee. |
| Set forth below precise, complete statement of relief sought: Movant seeks leave to file brief as amicus curiae for purposes of supporting Appellee FedEx Office and Print Services and affirmance of the district court's order below dismissing the complaint. | |

**MOVING PARTY:** Creative Commons Corporation        **OPPOSING PARTY:** Great Minds

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Andrew M. Gass        **OPPOSING ATTORNEY:** Rhett O. Millsaps II

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins LLP        Law Office of Rhett O. Millsaps II
505 Montgomery Street, Suite 2000, San Francisco, CA 94111        745 Fifth Avenue, Suite 500, New York, NY 10151
415-391-0600, andrew.gass@lw.com        646-535-1137, rhett@rhettmillsaps.com

**Court-Judge/Agency appealed from:** Hon. Denis R. Hurley, U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**  **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Andrew M. Gass        **Date:** July 5, 2017        **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# 17-808-cv

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**GREAT MINDS**,

*Plaintiff-Appellant,*

v.

**FEDEX OFFICE AND PRINT SERVICES, INC.,**

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**MOTION OF CREATIVE COMMONS CORPORATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF APPELLEE AND AFFIRMANCE OF THE DISTRICT COURT**

Ryan C. Grover
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

*Counsel for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Creative Commons Corporation respectfully requests leave of this Court to file the attached brief as *amicus curiae* in support of defendant-appellee FedEx Office & Print Services, Inc.

Creative Commons (sometimes called "CC") is a 501(c)(3) nonprofit organization that operates globally to enable the sharing and reuse of creative works around the world. In pursuit of that mission, Creative Commons makes available and maintains a suite of standard, "off-the-shelf" copyright licenses that signal and convey ex ante the permissions authors wish to grant for uses of their works that copyright law prohibits by default.

This appeal turns on the interpretation of one of those licenses: the Creative Commons Attribution–NonCommercial–Share Alike 4.0 International Public License (known as "CC BY-NC-SA 4.0"). When an author such as Great Minds shares a work using the license, anyone may legally use, copy, and distribute the licensed material for "NonCommercial" purposes, a term defined in the license, and on the further conditions that they attribute Great Minds and share derivative works under the same terms. This particular license in its current and prior versions has been applied to more than 150 million creative works all over the world. Those works have in turn been reused, under the terms of the license, by

multitudes more. The judicial interpretation of that license is thus a matter of significant interest for Creative Commons, the author and steward of the license.

In the proposed brief, Creative Commons seeks to aid the Court's consideration of this appeal in two ways: first, by walking through the mechanics of how this widely-used license works; and second, by discussing relevant public policy concerns—a topic raised by Great Minds ostensibly as a consideration weighing in favor of a reversal—that can only be fairly and fully addressed by CC. With respect to the first issue, Creative Commons' experience and intimate familiarity with the license it drafted in consultation with legal experts and creators around the world affords a unique, if not definitive, perspective on the operation of the license and its terms. With respect to the second issue, Great Minds itself asks that public policy be a factor in the Court's interpretation of the license. *See* Opening Br. 31-34. Assuming the Court finds such considerations relevant, Creative Commons seeks to share its own perspective on the public policy issues at stake, given CC's unequaled experience with the license, its purpose, and the diverse licensors and licensees who use it.

Great Minds has indicated that it intends to oppose this motion, on the theory that the only question properly before the Court is the unambiguous meaning of the words on the page of the license, and that Creative Commons has nothing relevant to say about that issue that the parties have not said or could not

2

say themselves.[1]  That position conflicts with Great Minds' invocation of a public policy argument in support of reversal.  And regardless, it ignores the contributions Creative Commons has to offer with respect to understanding the text of the license itself.

CC is the steward of the license in dispute in this action.  As such, it seeks to share its longstanding understanding of how the key terms work and what the implications of an erroneous decision might be, as a pivotal guide and advisor to the Court.  For the foregoing reasons, Creative Commons respectfully requests the Court's permission to file the attached brief.

---

[1] FedEx Office has consented to Creative Commons' participation as amicus.

3

July 5, 2017                                  Respectfully submitted,

                                                          s/ Andrew M. Gass
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

Ryan C. Grover
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Amicus Curiae Creative Commons Corporation*