UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-808-cv

**Motion for:** Leave to Participate in Oral Argument

**Caption [use short title]**

GREAT MINDS,
Plaintiff-Appellant,
v.
FEDEX OFFICE AND PRINT SERVICES, INC.,
Defendant-Appellee.

Set forth below precise, complete statement of relief sought:

Creative Commons seeks permission from the Court to participate in oral argument in the event that oral argument is held

**MOVING PARTY:** Creative Commons Corporation
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Great Minds

**MOVING ATTORNEY:** Andrew M. Gass

**OPPOSING ATTORNEY:** Rhett O. Millsaps II

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins LLP
555 Montgomery Street, Suite 2000, San Francisco, CA 94111
415-391-0600, andrew.gass@lw.com

Law Office of Rhett O. Millsaps II
745 Fifth Avenue, Suite 500, New York, NY 10151
646-535-1137, rhett@rhettmillsaps.com

**Court-Judge/Agency appealed from:** Hon. Denis R. Hurley, U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Andrew M. Gass   **Date:** 7/11/2017   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# 17-808-cv

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**GREAT MINDS**,

*Plaintiff-Appellant,*

v.

**FEDEX OFFICE AND PRINT SERVICES, INC.,**

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**MOTION OF CREATIVE COMMONS CORPORATION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Diane M. Peters
CREATIVE COMMONS
 CORPORATION
P.O. Box 1866
Mountain View, CA 94042
(415) 429-6753

Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

Ryan C. Grover
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Amicus Curiae*

Creative Commons Corporation is the author and steward of the copyright license that is the principal subject of this appeal. Having sought leave to file an amicus brief to aid the Court's consideration of the meaning of the license, *see* ECF No. 46, Creative Commons respectfully seeks the opportunity to appear in person, if the Court chooses to hold oral argument, to answer any further questions the Court may have. While the parties are ably represented in this matter, Creative Commons nevertheless has a long history of experience with the license and its underlying goals, along with a unique understanding of its mechanics.

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), prospective *amicus curiae* Creative Commons thus respectfully requests leave of this Court to participate in oral argument in support of defendant-appellee FedEx Office and Print Services, Inc., to the extent such argument is held. Creative Commons expresses no view regarding whether oral argument is appropriate or warranted in this appeal. Should the Court choose to conduct argument, however, Creative Commons respectfully seeks time of its own, in addition to the parties' allocations. FedEx Office has indicated that—if the Court prefers—it will agree to cede to Creative Commons a portion of its own argument time, in the event oral argument occurs. Great Minds has indicated that it will oppose this motion.

July 11, 2017

Diane M. Peters
CREATIVE COMMONS
   CORPORATION
P.O. Box 1866
Mountain View, CA 94042
(415) 429-6753

Respectfully submitted,

s/ Andrew M. Gass
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

Ryan C. Grover
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Amicus Curiae*