UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand and seventeen,

Great Minds,

    Plaintiff - Appellant,

v.

Fedex Office and Print Services, Inc.,

    Defendant - Appellee.

**ORDER**
Docket No. 17-808

IT IS HEREBY ORDERED that Creative Commons Corporation's motion for leave to participate in oral argument is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court